APRIL 2, 1973

No. 72–997. ATLEE ET AL. *v.* RICHARDSON, SECRETARY OF DEFENSE, ET AL. Affirmed on appeal from D. C. E. D. Pa. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument.

No. 72–6025. BRIGGS ET AL. *v.* ARAFEH, HOSPITAL SUPERINTENDENT, ET AL. Affirmed on appeal from D. C. Conn. MR. JUSTICE DOUGLAS and MR. JUSTICE POWELL dissent from affirmance.

No. 72–795. LEATHERS *v.* MASSELL ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 72–893. FOX ET UX. *v.* NORBERG, TAX ADMINISTRATOR. Appeal from Super. Ct. R. I. dismissed for want of substantial federal question.

No. 72–1093. VARIETY THEATRES, INC. *v.* CLEVELAND COUNTY ET AL. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 72–5919. FAUBION *v.* JURAS, ADMINISTRATOR, OREGON PUBLIC WELFARE DIVISION, ET AL. Appeal from Ct. App. Ore. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS dissents for reasons stated in his dissenting opinion in *Ortwein* v. *Schwab*, 410 U. S. 656, 661 (1973).